No. —, original. EX PARTE WILLIAM G. EHRLICH. May 3, 1926. Motion for leave to file petition for writ of habeas corpus and to admit petitioner to bail denied. *Messrs. William C. Prentiss* and *Joseph E. Morrison* for petitioner.

___

No. —, original. EX PARTE CARL KOBER. May 3, 1926. Motion for leave to file petition for writ of habeas corpus and to admit petitioner to bail denied. *Messrs. William C. Prentiss* and *Joseph E. Morrison* for petitioner.

___

No. 269. ROY RISSLING *v.* CITY OF MILWAUKEE. Error to the Supreme Court of the State of Wisconsin. Argued April 26, 1926. Decided May 3, 1926. *Per Curiam.* Affirmed upon the authority of *Gundling* v. *Chicago,* 177 U. S. 183; *Barbier* v. *Connolly,* 113 U. S. 27; *Reinman* v. *City of Little Rock,* 237 U. S. 171. *Mr. Leon B. Lamfrom* for plaintiff in error. *Messrs. John M. Niven* and *Leo. A. Mullaney* for defendant in error.